UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-81123-CIV-COHN/SELTZER

FRANCIS HOWARD, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

VS.

CHANTICLEER HOLDINGS, INC., MICHAEL D. PRUITT, ERIC S. LEDERER, MICHAEL CARROLL, PAUL I. MOSKOWITZ, KEITH JOHNSON, MARK HEZLETT, MERRIMAN CAPITAL, INC., DAWSON JAMES SECURITIES, INC., CREASON & ASSOCIATES P.L.L.C.

    Defendants.

**DECLARATION OF LAURENCE ROSEN IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT**

    I, Laurence Rosen, declare as follows pursuant to 28 U.S.C. §1746:

    1.     I am an attorney duly licensed to practice law in New York, New Jersey, California and Florida. I am duly admitted to practice before this Court.

    2.     I am the managing attorney of The Rosen Law Firm, P.A., Lead Counsel for Lead Plaintiffs and the Class in this litigation (the "Action"). I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

    3.     A true and correct copy of the firm's resume is annexed hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 31st day of March 2014 at New York, NY.

                                                                             /s/ Laurence Rosen
                                                                             Laurence Rosen

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this on the 31st of March, 2014, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                                /s/ Laurence Rosen